IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL L. WILEY                      PLAINTIFF

v.            CASE NO. 6:08-cv-06017

SHERIFF LARRY SANDERS;
CAPTAIN MEL STEED;
LT. McMURRIAN                      DEFENDANTS

## JUDGMENT

For the reasons stated in the memorandum opinion of this date, I find the Defendant's motion for summary judgment (Doc. 27) should be and hereby is **GRANTED**. This case is dismissed with prejudice.

**IT IS SO ORDERED** this **8th day of January 2009.**

                                             /s/ Barry A. Bryant
                                             HON. BARRY A. BRYANT
                                             U.S. MAGISTRATE JUDGE